■ Bijan Designer For Men, Inc., Appellant, v St. Regis Sheraton Corporation et al., Respondents, et al., Defendant.

—Order and judgment (one paper), Supreme Court, New York County (David Saxe, J.), entered on February 14, 1989, unanimously affirmed, for reasons stated by David Saxe, J., without costs and without disbursements. Concur—Sullivan, J. P., Ross, Asch, Rosenberger and Ellerin, JJ. *[See,* 142 Misc 2d 175.]